# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3613

_____

Kent Richard Jones,                    *
                                       *
            Appellant,                 *
                                       *   Appeal from the United States
     v.                                *   District Court for the
                                       *   District of Minnesota.
John Stuart,                           *
                                       *   [UNPUBLISHED]
            Appellee.                  *

_____

Submitted: December 7, 2006
Filed: December 14, 2006

_____

Before SMITH, MAGILL and BENTON, Circuit Judges.

_____

PER CURIAM.

Kent Richard Jones appeals the district court's[1] dismissal with prejudice of his 42 U.S.C. § 1983 complaint. Having carefully reviewed the record, we conclude dismissal of the complaint was proper for the reasons explained by the district court. Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jonathan G. Lebedoff, United States Magistrate Judge for the District of Minnesota, now retired.